### WILLIAM HEDDENS v. STATE.

. No. A-2275.

Appeal from County Court, Creek County;

Warren H. Brown, Judge.

Appeal dismissed.

J. F. Lawrence, and J. B. Rutherford, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. This is an attempted appeal from a judgment of the county court of Creek county, overruling a demurrer to an indictment wherein the plaintiffs in error were charged with the offense of permitting gaming tables, roulette wheels and other gaming devices to be set up and used for the purpose of gambling, in a building belonging to them and of which at the time they had possession and control.

An appeal in a criminal action cannot be taken until after final judgment has been rendered against the defendant. For a full discussion of this question see McLellan v. State, 2 Okla. Cr. 633, 103 Pac. 876. The attempted appeal is, therefore, dismissed.

---

### P. J. LAWLESS v. STATE.

No. A-2278.

Appeal from County Court, Craig County;

Edw. H. Brady, Judge.

P. J. Lawless, convicted of a misdemeanor, appeals. Appeal dismissed.

Clyde McGary, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted on an information charging him with the offense of selling a pretended title to land, and his punishment assessed at a fine of one dollar. Judgment was rendered in pursuance of the verdict. To reverse the judgment, an appeal was taken by filing in this court on May 28, 1914, a petition in error with case-made.

No brief has been filed and when the case was called for final submission no appearance was made on behalf of the plaintiff in error. Whereupon the state moved to dismiss for failure to prosecute the appeal. It appearing that the appeal has been abandoned, the motion to dismiss will be sustained. The appeal is, therefore, dismissed, and the cause remanded to the trial court.